```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ KEVIN B. FINN
 4 │ Assistant United States Attorney
   │ Calif. Bar No. 128072
 5 │ E-mail   kevin.finn@usdoj.gov
   │     Federal Building, Suite 7516
 6 │     300 North Los Angeles Street
   │     Los Angeles, California 90012
 7 │     Telephone:  (213) 894-6739
   │     Fax:             894-7327
 8 │ Attorneys for Federal Defendants
```

JS - 6

```
 9 │
   │             UNITED STATES DISTRICT COURT
10 │
   │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11 │
   │                  SOUTHERN DIVISION
12 │
   │ LONG NGOC TRIEU LE,            )    NO. SACV 08-0055 DOC (ANx)
13 │                               )
   │        Plaintiff,             )
14 │                               )    ORDER APPROVING STIPULATION
   │        v.                     )    FOR COMPROMISE SETTLEMENT
15 │                               )    AND DISMISSING CASE
   │ MICHAEL B. MUKASEY, Attorney  )
16 │ General of the United States; )
   │ MICHAEL CHERTOFF, Secretary   )
17 │ of the Department of Homeland )    Honorable David O. Carter
   │ Security; EMILIO GONZALEZ,    )
18 │ Director, United States       )
   │ Citizenship and Immigration   )
19 │ Services; JANE ARELLANO, Los  )
   │ Angeles District Director of  )
20 │ the United States Citizenship )
   │ and Immigration Services;     )
21 │ ROBERT S. MUELLER, III,       )
   │ Director of Federal Bureau of )
22 │ Investigation; UNITED STATES  )
   │ DEPARTMENT OF JUSTICE; UNITED )
23 │ STATES DEPARTMENT OF HOMELAND )
   │ SECURITY; UNITED STATES       )
24 │ CITIZENSHIP AND IMMIGRATION   )
   │ SERVICES, FEDERAL BUREAU OF   )
25 │ INVESTIGATION,                )
   │                               )
26 │        Defendants.            )
   │ _____)
27 │
28 │
```

The Court has considered the Stipulation for Compromise Settlement and to Dismiss Case the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and to Dismiss Case is approved and this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.


DATED: March 21, 2008


*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE